IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLARD PATRICK II,

        Plaintiff,                               ORDER

v.                                             13-cv-231-wmc
                                                   13-cv-422-wmc

STATE OF WISCONSIN,

        Defendant.

Plaintiff Millard Patrick II, an inmate incarcerated at the Green Bay Correctional Institution, has filed two proposed civil actions pursuant to 42 U.S.C. § 1983, alleging that the State of Wisconsin has violated his civil rights. Both complaints allege unspecified acts of mental, physical and sexual abuse by unidentified perpetrators. Rule 42(a) of the Federal Rules of Civil Procedure provides that, if separate actions involve "a common question of law or fact," the court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Because Patrick's complaints feature the same vague allegations, the court will consolidate these cases for further proceedings.

ORDER

IT IS ORDERED that:

1. The civil rights complaint filed by plaintiff Millard Patrick II in Case No. 13-cv-422 is CONSOLIDATED with Case No. 13-cv-231.

2. The clerk's office is directed to close Case No. 13-cv-422 and terminate all pending motions in that case.

3.  The parties shall file all further pleadings in Case No. 13-cv-231.

Entered this 25th day of June, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge